■ In the Matter of County of Erie, Respondent, v Richard F. Daines, Commissioner, New York State Department of Health, et al., Appellants. [945 NYS2d 889]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (Donna M. Siwek, J.), entered April 1, 2011 in a proceeding pursuant to CPLR article 78. The judgment granted the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs (*see Matter of County of Niagara v Daines*, 91 AD3d 1288 [2012]). Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.

■ In the Matter of Lamont Haywood Sr., Appellant, v Melissa Anzalone, Respondent. [945 NYS2d 901]—Appeal from an order of the Family Court, Monroe County (Patricia E. Gallaher, J.), entered July 15, 2008 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.

■ BlueRock Energy Holdings, Inc., et al., Appellants, v Angelo F. Chambrone, Respondent. (Appeal No. 1.) [945 NYS2d 890]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered July 18, 2011. The order granted the motion of defendant for partial summary judgment on his first counterclaim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.

■ BlueRock Energy Holdings, Inc., et al., Appellants, v Angelo F. Chambrone, Respondent. (Appeal No. 2.) [945 NYS2d 587]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered September 19, 2011. The order approved defendant's application for attorney's fees.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.